FILED
DEC - 2 2011

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11CR4562-BTM |
| Plaintiff, | 11MJ2897-WVG |
| v. | ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE AND JUDGMENT OF DISMISSAL |
| KEISHA NICOLE GENTLE, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing *based on the Deferred Prosecution Agreement*

IT IS HEREBY ORDERED that the indictment in Case No. 11CR4562-BTM is dismissed without prejudice as to Defendant Keisha Nicole Gentle. All pending hearing dates in Case No. 11CR4562-BTM are vacated.

//
//
//
//

1  IT IS FURTHER ORDERED that the material witness complaint in
2  Case No. 11MJ2897-WVG is dismissed without prejudice as to
3  material witness Keisha Nicole Gentle. All pending hearing dates
4  in Case No. 11MJ2897-WVG are vacated.
5  DATED:
6  12-2-11

HON. BARRY TED MOSKOWITZ
United States District Judge

9  Presented by:
10 LAURA E. DUFFY
   United States Attorney
11
12 /s/ Timothy C. Perry
   TIMOTHY C. PERRY
13 Assistant U.S. Attorney